UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

JOHN MITCHELL,

          Plaintiff,                    Case No. 1:16-cv-1371

v.                                          Honorable Paul L. Maloney

BRIAN J. SHIPMAN et al.,

          Defendants.

_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:   January 13, 2017           /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge